JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
**WILEY PETERSEN**
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMPOWERED PRODUCTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA EXOTIC NOVELTIES, LLC, a California limited liability company.<br><br>Defendant. | Case No.: 2:24-cv-02140-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND CALIFORNIA EXOTIC NOVELTIES, LLC'S ANSWER DEADLINE** |

    Plaintiff Empowered Products, LLC ("EP" or "Plaintiff") and Defendant California Exotic Novelties, LLC ("CEN" or "Defendant") by and through their undersigned counsel of record, hereby submit this Stipulated Request to Extend California Exotic Novelties, LLC's deadline to file an Answer in this matter.

    WHEREAS, this is the Parties' first request for an extension of responsive pleading deadlines.

    WHEREAS, on November 15, 2024, Plaintiff filed its Complaint.

    WHEREAS, on November 25, 2024, Plaintiff served the Summons and Complaint on Defendant, making Defendant's deadline to file a responsive pleading December 16, 2024.

    WHEREAS, due to recent retention of counsel, the upcoming holidays and other pressing deadlines, Defendant's counsel requested, and Plaintiff's counsel courteously agreed to, extend Defendant's deadline to January 6, 2025.

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their respective attorneys of record, that CEN's answer to the Complaint shall be due on

1 | January 6, 2025.

2 | **IT IS SO STIPULATED.**

3 | DATED this 13 day of December, 2024.

**WILEY PETERSEN**

**DICKINSON WRIGHT PLLC**

*/s/ Michael N. Feder*

_____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

*Attorneys for Defendant*

_____
MICHAEL N. FEDER, ESQ.
Nevada Bar No. 7332
JOHN L. KRIEGER, ESQ.
Nevada Bar No. 6023
BRADY A. BATHKE, ESQ.
Nevada Bar No. 16191
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinsonwright.com
Email: jkrieger@dickinsonwright.com
Email: bbathke@dickinsonwright.com

*Attorneys for Plaintiff*

[Proposed Order on following page]

## ORDER

Based upon the Parties Stipulation, the Court finds as follows:

**IT IS HEREBY ORDERED ADJUDGED AND DECREEED** that the Stipulation (ECF No. 6) is GRANTED

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 12/16/2024