JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
**WILEY PETERSEN**
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

JONATHAN W. BROWN, ESQ., admitted pro hac vice
New York Bar No. 3935145
**LIPSITZ GREEN SCIME CAMBRIA**
42 Delaware Ave, Suite 120
Buffalo, NY 14202
Telephone: 716.849.1333
jbrown@lglaw.com

*Attorneys for Defendant California Exotic Novelties, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMPOWERED PRODUCTS, LLC, a Nevada limited liability company,<br><br>     Plaintiff,<br>v.<br>CALIFORNIA EXOTIC NOVELTIES, LLC, a California limited liability company.<br><br>     Defendant. | CASE NO.: 2:24-CV-02140-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

  IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, Plaintiff Empowered Products, LLC ("EP" or "Plaintiff") and Defendant California Exotic Novelties, LLC ("CEN" or "Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, that this matter shall be dismissed with prejudice, in its entirety, with each party to bear their own fees and costs.

  IT IS FURTHER STIPULATED that any pending hearing dates may be vacated.

//

//

//

IT IS SO STIPULATED.

DATED this 3 day of November, 2025.

**WILEY PETERSEN**

_____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

JONATHAN W. BROWN, ESQ., admitted pro hac vice
New York Bar No. 3935145
**LIPSITZ GREEN SCIME CAMBRIA**
42 Delaware Ave, Suite 120
Buffalo, NY 14202
Telephone: 716.849.1333
jbrown@lglaw.com

*Attorneys for Defendant California Exotic Novelties, LLC*

DATED this 3rd day of November, 2025.

**DICKINSON WRIGHT PLLC**

/s *Michael N. Feder*
MICHAEL N. FEDER, ESQ.
Nevada Bar No. 7332
JOHN L. KRIEGER, ESQ.
Nevada Bar No. 6023
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinsonwright.com
Email: jkrieger@dickinsonwright.com

*Attorneys for Plaintiff*

## ORDER

Based upon the Stipulation of the Parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced matter be dismissed, with prejudice, each party to bear their own fees and costs.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that any dates on the Court's calendar related to this matter are hereby vacated.

DATED November 5, 2025.

_____
UNITED STATES DISTRICT JUDGE